Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
dylan.todd@clydeco.us
sean.cortney@clydeco.us

*Attorneys for Defendant*
*Southwest Citrus, LLC d/b/a Citrus Apartments*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LUIS ANAYA SANCHEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST CITRUS, LLC d/b/a CITRUS APARTMENTS, a Foreign Limited Liability Company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02357-CDS-DJA<br><br>**JOINT ~~PROPOSED~~ STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES BY 60 DAYS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jose Luis Anaya Sanchez and Defendant Southwest Citrus, LLC, by and through their respective counsel, that all discovery deadlines be extended by 60 days.

This is the parties' first request to extend any discovery deadlines in this matter.

In accordance with Local Rule 26-3, the parties state as follows:

**I.      DISCOVERY COMPLETED TO DATE**

•      The parties conducted the Fed. R. Civ. P. 26(f) conference

•      The parties exchanged initial disclosures of documents and lists of witnesses

•      Plaintiff served his first set of written discovery requests on Defendant

/ / /

/ / /

- 1 -

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**II.   DISCOVERY TO BE COMPLETED**

- Defendant's responses to Plaintiff's first set of written discovery requests

- Defendant's written discovery requests and Plaintiff's responses to the same

- Any necessary supplemental written discovery

- Initial expert disclosures

- Depositions

- Disclosure of rebuttal expert reports

- Expert depositions

**III.   REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

Good cause exists to extend the discovery schedule in this matter. First and foremost, counsel for Defendant, Sean Cortney, fell ill with two separate respiratory infections around the holidays – the first in mid-December and the second in early January. The combined impact of these illnesses and prearranged time off for the holidays led to a minor delay in reviewing Plaintiff's extensive medical records. In addition, Plaintiff served 78 separate written discovery requests on Defendant that called for careful and thorough efforts to search for responsive information. Defendant required additional time to answer these discovery requests in a meaningful and complete manner. In the spirit of cooperativeness and professional courtesy, Plaintiff granted Defendant two extensions to return responses to Plaintiff's first sets of written discovery requests. Those responses are now due on February 5, 2026. Plaintiff will require additional time to evaluate the substance of Defendant's responses to determine its needs for initial expert disclosures, which will depend on the facts discovered through Defendant's responses. The parties seek to extend discovery deadlines now, following the holiday season, in order to make careful strategic decisions that will prevent any unnecessary delays or discovery issues at a later date.

/ / /

/ / /

/ / /

/ / /

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

## IV.    PROPOSED SCHEDULE

Accordingly, the parties hereby agree and stipulate to a 60-day extension of discovery dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Discovery Cut-Off Date | May 18, 2026 | **July 17, 2026** |
| Deadline to join parties and amend the pleadings | February 17, 2026 | **April 20, 2026** |
| Initial Expert Disclosures | March 19, 2026 | **May 18, 2026** |
| Rebuttal Expert Disclosures | April 20, 2026 | **June 19, 2026** |
| Dispositive and Daubert Motions | June 17, 2026 | **August 17, 2026** |
| Pre-Trial Order | The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be July 17, 2026 \n\n If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended. | **The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be September 15, 2026** \n\n **If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended.** |

Dated this 23rd day of January, 2026.

CLYDE & CO US LLP

*/s/ Sean E. Cortney*

Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile: 725-248-2907
*Attorneys for Defendant*
*Southwest Citrus, LLC d/b/a Citrus*
*Apartments*

Dated this 23rd day of January, 2026.

GINA CORENA & ASSOCIATES

*/s/  Kristie L. Fischer*

Gina M. Corena (NV Bar No. 10330)
Kristie L. Fischer (NV Bar No. 11693)
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: 702-938-3853
*Attorneys for Plaintiff Jose Luis Anaya Sanchez*

**ORDER**

IT IS SO ORDERED that the parties' joint stipulation to extend discovery (ECF No. 10) is GRANTED.

_____

United States Magistrate Judge

1/27/2026

_____

Dated

Respectfully Submitted by:

CLYDE & CO US LLP

*/s/ Sean E. Cortney*

_____

Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile: 725-248-2907
*Attorneys for Defendant*
*Southwest Citrus, LLC d/b/a Citrus Apartments*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 4 -

# Signature Approval

# of

# Kristie L. Fischer, Esq.

Todd, Raphaela

---

| | |
|---|---|
| **From:** | Kristie Fischer <Kristie@lawofficecorena.com> |
| **Sent:** | Thursday, January 22, 2026 12:20 PM |
| **To:** | Cortney, Sean |
| **Cc:** | Kimberly Chandler; Silvia Tirado; Todd, Raphaela; Todd, Dylan; Bittner, Sallie; Barrett, Kira |
| **Subject:** | RE: Anaya Sanchez v. Southwest Citrus, LLC (2:25-cv-02357) - Plaintiff's Written Discovery Requests [CC-US.105920.10770277/001] |

Good afternoon Sean,

I have no revisions. You have my permission to affix my electronic signature and submit to the Court. Thank you for taking the laboring oar in drafting this.

Best regards,



**Kristie L. Fischer**
*Senior Trial Attorney*
Gina Corena & Associates
300 S. 4th Street, Suite 1400
Las Vegas, NV  89101
T:  (702) 680-1111
F:  (888) 897-6507
kristie@lawofficecorena.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged and exempt from disclosure under applicable law. This E-mail (including attachments) are intended solely for the use of the addressee hereof. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. The originator of this e-mail and its affiliates do not represent, warrant or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

---

**From:** Cortney, Sean <Sean.Cortney@clydeco.us>
**Sent:** Wednesday, January 21, 2026 4:52 PM
**To:** Kristie Fischer <Kristie@lawofficecorena.com>
**Cc:** Kimberly Chandler <kchandler@lawofficecorena.com>; Silvia Tirado <silvia@lawofficecorena.com>; Todd, Raphaela <Raphaela.Todd@clydeco.us>; Todd, Dylan <Dylan.Todd@clydeco.us>; Bittner, Sallie <Sallie.Bittner@clydeco.us>; Barrett, Kira <Kira.Barrett@clydeco.us>
**Subject:** RE: Anaya Sanchez v. Southwest Citrus, LLC (2:25-cv-02357) - Plaintiff's Written Discovery Requests [CC-US.105920.10770277/001]

Hello Kristie,

Based on our last conversation, please find a proposed Stipulation and Order to Extend Discovery Deadlines in this matter. If you have any substantive revisions to make, please indicate those in the document. Otherwise, please let me know if we have your permission to affix your e-signature.

Feel free to contact me with any questions, etc.

1

Thanks,

**Sean Cortney**
Associate | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2892 | **Mobile:** +1 702 937 2667



7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | Fax +1 725 248 2907 | **www.clydeco.us**

 Please consider the environment before printing